IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01185-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RANDALL W. HARDING,

    Plaintiff,

v.

RON WILEY, Warden, F.P.C. Florence,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court, a Notice of Objection to Assignment of the United States Magistrate Judge, a document titled, "Randall W. Harding's Motion for Leave to Proceed In Forma Pauperis," a document titled, "Randall W. Harding's Pro Se Motion to Waive 28 USC § 1914 fees," and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. **28 U.S.C. § 1915 Motion and Affidavit:**

(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

| | | |
|---|---|---|
| (4) | ___ | is missing required financial information |
| (5) | ___ | is missing an original signature by the prisoner |
| (6) | X | is not on proper form (must use the court's current form) |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | ___ | An original and a copy have not been received by the court. |
| (9) | ___ | other:_____. |

**Complaint, Petition or Application:**

| | | |
|---|---|---|
| (10) | ___ | is not submitted |
| (11) | ___ | is not on proper form (must use the court's current form) |
| (12) | ___ | is missing an original signature by the prisoner |
| (13) | X | is missing page nos. 5-6 |
| (14) | ___ | uses et al. instead of listing all parties in caption |
| (15) | ___ | An original and a copy have not been received by the court. |
| (16) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | ___ | names in caption do not match names in text |
| (18) | ___ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form(s): Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3d day of June, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 01185-BNB**

Randall W. Harding
Reg. No. 30569-112
Federal Prison Camp
PO Box 5000
Florence, CO 81226-5000

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 6/5/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk