IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01185-BNB

RANDALL W. HARDING,

Plaintiff,

v.

RON WILEY, Warden, F.P.C. Florence,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2008

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed a motion seeking leave to proceed *in forma pauperis*, an amended motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, a document titled "Randall W. Harding's Pro Se Motion to Waive 28 USC § 1914 Fees," and a Prisoner Complaint. The original motion to proceed *in forma pauperis* will be denied as moot and the amended motion seeking leave to proceed *in forma pauperis* will be granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the full amount of the filing fee. Therefore, "Randall W. Harding's Pro Se Motion to Waive 28 USC § 1914 Fees" will be denied. Based on the information about Plaintiff's financial status, the court finds that Plaintiff is able to pay an initial partial filing fee of $36.00 pursuant to § 1915(b)(1). Accordingly, it is

ORDERED that the motion to proceed *in forma pauperis* filed on May 29, 2008, is denied as moot and the amended motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on June 13, 2008, is granted. Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to §

1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that "Randall W. Harding's Pro Se Motion to Waive 28 USC § 1914 Fees" is denied. It is

FURTHER ORDERED that Plaintiff shall pay an initial partial filing fee of $36.00. Plaintiff shall have **thirty (30) days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that the clerk of the court shall provide Plaintiff with two copies of this order. Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the payment in the amount of the designated initial partial filing fee. It is

FURTHER ORDERED that the court will not review the merits of the Prisoner Complaint until the initial partial filing fee is paid or Plaintiff shows cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee. It is

FURTHER ORDERED that, after payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed above why he has no assets and no means by which to make the monthly payment. Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order. It is

FURTHER ORDERED that if within the time allowed Plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt Plaintiff may owe in a prior action or actions if Plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED June 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01185-BNB

Randall W. Harding
Reg. No. 30569-112
FPC - Florence
PO Box 5000
Florence, CO 81226-5000

    I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk