IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01185-BNB

RANDALL W. HARDING,

    Plaintiff,

v.

RON WILEY, Warden, F.P.C. Florence,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
                      CLERK

## ORDER OF DISMISSAL

In an order filed on June 23, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff has failed to respond to Magistrate Judge Boland's June 23 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 7 day of _____ Aug _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01185-BNB

Randall W. Harding
Reg. No. 30569-112
FPC - Florence
PO Box 5000
Florence, CO 81226

      I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __8/7/08__

GREGORY C. LANGHAM, CLERK

By: _____
                      Deputy Clerk